IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NICHOLAS CORTEZ ADDISON                                    PLAINTIFF

v.                              No. 3:15-cv-282-DPM

JOEY MARTIN, Jail Administrator,
Poinsett County Detention Center                           DEFENDANT

JUDGMENT

Addison's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

17 September 2015